IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RON LACKS**<br><br>   PLAINTIFF<br><br>v.<br><br>**NOVARTIS PHARMACEUTICALS CORPORATION** *et al*<br>   DEFENDANT | **CASE NO. 1:24-CV-02267-DLB** |

## AFFIDAVIT OF SERVICE

**WILL THE CLERK OF THE COURT**, please note that the Defendant **NOVARTIS PHARMACEUTICALS CORPORATION** was served with a copy of the Summonses, Complaint, Jury Trial Prayer and Civil Coversheet by Certified Mail, Return Receipt Requested, on September 3, 2024 at 1:45 p.m. Exhibit A. The Defendant was served at: Novartis Pharmaceuticals Corporation, Serve: CT Corporation 84 State Street, Boston, MA 02109 Brand Blvd Suite 700 Glendale CA 91203.

Respectfully submitted,

*Kim Parker*

_____
Kim Parker, Esquire
Fed Bar No.: 23894
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
Office 410-234-2621
Facsimile 443-486-1691
Email: kp@kimparkerlaw.com

COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the Foregoing Affidavit of Service, was mailed this 6th day of September, 2024, via first class mail, postage prepaid to:

Novartis Pharmaceuticals Corporation
Attention: Office of General Counsel
181 Massachusetts Ave
Cambridge, MA 02139

Novartis Gene Therapies, Inc
Serve: Corporation Service Company
251 Little Falls Drive
Wilmington, DE      19808

Viatris Inc.
Serve: The Corporation Trust
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Kim Parker*

_____
Kim Parker, Esquire
Counsel for Plaintiff