# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Baltimore Division

| | |
|---|---|
| RON L. LACKS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF HENRIETTA LACKS,<br><br>                              Plaintiff,<br><br>      v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, et al.,<br><br>                              Defendants. | Case No.: 1:24-cv-02267-DLB |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND

Plaintiff Ron L. Lacks, Personal Representative for the Estate of Henrietta Lacks, and Defendants Novartis Pharmaceuticals Corporation, Novartis Gene Therapies Inc. (together, "Novartis"), Viatris Inc. and Mylan Pharmaceuticals Inc. (together, "Viatris") (Plaintiff, Novartis, and Viatris, collectively the "Parties") hereby stipulate and agree to an <u>extension</u> of time for Novartis and Viatris to respond to Plaintiff's Complaint (ECF No. 1) (the "Complaint"), and request the Court enter the following Order in accordance with Local Rule 105.9.

1. Novartis Gene Therapies Inc. was served with the Complaint on August 26, 2024. Pursuant to Fed. R. Civ. P. 12(a)(1), its response deadline is September 16, 2024.

2. Viatris Inc. was served with the Complaint on August 27, 2024. Pursuant to Fed. R. Civ. P. 12(a)(1), its response deadline is September 17, 2024.

3. Novartis Pharmaceuticals Corporation was served with the Complaint on September 3, 2024. Pursuant to Fed. R. Civ. P. 12(a)(1), its response deadline is September 24, 2024.

4. The Parties agree that it would promote efficiency to coordinate response deadlines for all Novartis and Viatris Defendants.

5. The Parties agree to extend the deadline for Defendants' response to November 22, 2024.

6. The Parties further agree that nothing in this stipulation shall constitute a waiver by Defendants of personal jurisdiction or any other defenses that may be available them. Defendants expressly reserve their rights to raise any such defenses.

WHEREFORE, the Parties stipulate and agree to the extension as described above, and respectfully request that the Court enter an order establishing this stipulated extension as agreed by the Parties.

Dated: September 12, 2024

_____/s/_____
Kim Parker, Esq.
(signed by Rebecca C. Mandel with permission of Christopher L. Ayers)
Federal Bar No.: 23894
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Ave
Baltimore, MD 21218
Telephone: 410-234-2621
Fax: 443-486-1691
kp@kimparkerlaw.com

Christopher A. Seeger*
Christopher L. Ayers*
Nigel P. Halliday*
Hillary Fidler*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com

Respectfully submitted,

_____/s/_____
Lauren S. Colton, Esq.
(signed by Rebecca C. Mandel with permission of Lauren S. Colton)
Federal Bar No.: 26503
Scott R. Haiber, Esq.
Federal Bar No.: 25947
Julie R. Schindel, Esq.
Federal Bar No.: 20815
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, Maryland 21202
Telephone: 410-659-2733
Fax: 410-659-2701
lauren.colton@hoganlovells.com
scott.haiber@hoganlovells.com
julie.schindel@hoganlovells.com

*Attorneys for Defendants Novartis Pharmaceuticals Corporation and Novartis Gene Therapies Inc.*

cayers@seegerweiss.com
nhalliday@seegerweiss.com
hfidler@seegerweiss.com


Ben Crump*
Nabeha Shaer*
BEN CRUMP LAW, PLLC
633 Pennsylvania Avenue NW
Floor 2
Washington, D.C. 20004
Telephone: 860-922-3030
ben@bencrump.com
nabeha@bencrump.com


*Attorneys for Plaintiff*

_____/s/_____
Rebecca C. Mandel, Esq. (Bar No. 28388)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5488
Fax:  (202) 637-5910
rebecca.mandel@hoganlovells.com

*Attorneys for Defendants Viatris Inc. and Mylan Pharmaceuticals Inc.*


*\*Pro hac vice admission applications to be filed*


SO ORDERED.

Dated: _____                    _____
                                           Deborah L. Boardman
                                           United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this Stipulation and Proposed Order for Extension of Time to Respond using the CM/ECF system, which sent notification of the filing to all counsel of record on September 12, 2024.

>	*/s/ Rebecca C. Mandel*
>	Rebecca C. Mandel, Esq. (Bar No. 28388)
>	**HOGAN LOVELLS US LLP**
>	Columbia Square
>	555 Thirteenth Street, NW
>	Washington, DC 20004
>	Tel: (202) 637-5488
>	*rebecca.mandel@hoganlovells.com*
>
>	*Counsel for Defendants Viatris Inc. and Mylan Pharmaceuticals Inc.*