IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| RON L. LACKS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF HENRIETTA LACKS,<br><br>  Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, et al.,<br><br>  Defendants. | Case No.: 1:24-cv-02267-DLB |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Ron L. Lacks, Personal Representative for the Estate of Henrietta Lacks, and Defendants Novartis Pharmaceuticals Corporation and Novartis Gene Therapies, Inc. (together, "Novartis"), by and through undersigned counsel, and hereby stipulate to the dismissal of this action with prejudice as to Defendant Novartis, with the parties to bear their own costs.

Dated: February 13, 2026

Respectfully submitted,

*/s/ Kim Parker*
Kim Parker, Esq.
Federal Bar No.: 23894
LAW OFFFICE OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, MD 21218
Telephone: 410-234-2621
kp@kimparkerlaw.com

*/s/ Lauren S. Colton***
Lauren S. Colton, Esq.
Federal Bar No. 28388
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5488
Fax: (202) 637-5910
lauren.colton@hoganlovells.com
*Attorney for Defendants Novartis Pharmaceuticals Corporation and Novartis Gene Therapies Inc.*

Christopher A. Seeger *
Hillary Fidler*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
hfidler@seegerweiss.com

Christopher L. Ayers*
SBAITI & COMPANY NJ LLC
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
Telephone: (973) 954-2000
Fax: (973) 954-9710
chris.ayers@sbaitilaw.com

Ben Crump*
Nabeha Shaer*
BEN CRUMP LAW, PLLC
633 Pennsylvania Avenue NW
Floor 2
Washington, D.C. 20004
Telephone: 860-922-3030
court@bencrump.com
nabeha@bencrump.com

*Attorneys for Plaintiff*

*Pro hac vice admission applications to be filed
** With permission


Dated this ____ day of _____, 2026

SO ORDERED.


Dated: _____          _____
                                 Deborah L. Boardman
                                 United States District Judge