IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| RON L. LACKS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF HENRIETTA LACKS,<br><br>        Plaintiff,<br><br>  v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, et al.,<br><br>        Defendants. | Case No.: 1:24-cv-02267-DLB |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Ron L. Lacks, Personal Representative for the Estate of Henrietta Lacks, and Defendants Viatris Inc. and Mylan Pharmaceuticals Inc. (together, "Viatris"), by and through undersigned counsel, and hereby stipulate to the dismissal of this action with prejudice as to Defendant Viatris Inc. and Defendant Mylan Pharmaceuticals Inc., with the parties to bear their own costs.

Dated: March 11 2026

Respectfully submitted,

/s/ *Kim Parker*

/s/ _____

Kim Parker, Esq.
Federal Bar No.: 23894
LAW OFFFICE OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, MD 21218
Telephone: 410-234-2621
Fax: 443-486-1691
kp@kimparkerlaw.com

Rebecca C. Mandel, Esq.
Federal Bar No. 28388
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5488
Fax: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Attorney for Defendants Viatris Inc. and Mylan Pharmaceuticals Inc.*

Christopher A. Seeger*
Hillary Fidler*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
hfidler@seegerweiss.com

Christopher L. Ayers*
SBAITI & COMPANY NJ LLC
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
T: (973) 954-2000
F: (973) 954-9710
chris.ayers@sbaitilaw.com

Ben Crump*
Nabeha Shaer*
BEN CRUMP LAW, PLLC
633 Pennsylvania Avenue NW
Floor 2
Washington, D.C. 20004
Telephone: 860-922-3030
ben@bencrump.com
nabeha@bencrump.com

*Attorneys for Plaintiff*

*Pro hac vice admission applications to be filed*


Dated this ____ day of _____, 2026

SO ORDERED.


Dated: _____            _____
                                    Deborah L. Boardman
                                    United States District Judge

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT** on this 11th day of March, 2026, a copy of the foregoing Stipulation of Dismissal was served on all counsel of record via the Court's Ecf filing system.

*Kim Parker*

_____
Kim Parker, Esquire
Counsel for Plaintiff